

**NUMBER 13-18-00575-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JOSE ANDRES DE LA FUENTE,                                        Appellant,

v.

LONE STAR NATIONAL
BANK, A NATIONAL BANKING
ASSOCIATION,                                                            Appellee.

---

**On appeal from County Court at Law No. 5
of Hidalgo County, Texas.**

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

Appellant De La Fuente appeals from the trial court's grant of summary judgment

to appellee Lone Star National Bank. De La Fuente filed a motion for a sixty-day

extension of time to file an amended brief after the Clerk informed him that his brief did

not comply with Rule 38.1(i).  TEX. R. APP. P. 38.1(i).  Appellant received multiple extensions of his original briefing deadline.

We grant appellant's motion in part, and deny in part, and extend the deadline for thirty (30) days from the date of this Order.  We deny any further extension.  Should appellant fail to file his amended brief on time, his appeal will be dismissed.  *See* TEX. R. APP. P. 38.8(a)(1).

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of August 2019.